# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 23-00158-CJC (DFMx) | Date | March 27, 2023 |
| Title | John Lee v. 10thirtyone Investments LLC, et al | | |

**Present: The Honorable**  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

It is a plaintiff's responsibility to prosecute its case diligently.  That includes, where applicable, promptly pursuing Rule 55 remedies upon the default of any defendant.

Here, Plaintiff has obtained default against Defendant(s), but has taken no further action.  Accordingly, the Court, on its own motion, hereby **ORDERS** Plaintiff to show cause in writing no later than **April 3, 2023,** why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. A Motion for Default Judgment (Fed. R. Civ. P. 55(b)), or

2. A Notice of Voluntary Dismissal (Fed. R. Civ. P. 41).

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a timely and appropriate response.  Failure to file a timely and appropriate response to this Order may result in dismissal.

_\_\_\_ : \_\_\_\__

Initial of Deputy Clerk    djl/rrp